# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRI BRUSCHI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE, LLC and GOOGLE PAYMENT CORP.,<br><br>Defendants. | Case No. 5:21-cv-01992-EJD<br><br>**CLASS ACTION**<br><br>[~~PROPOSED~~] **ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO TRANSFER CASE TO MDL**<br><br>Courtroom:  4 – 5th Floor<br><br>Honorable Edward J. Davila |

On June 22, 2021, Plaintiff Terri Bruschi and Defendants Google LLC and Google Payment Corp., submitted a Joint Administrative Motion to Transfer Case to MDL pursuant to Civil Local Rule 7-11.  The Court, having considered the record, the Administrative Motion, and for good cause appearing, hereby GRANTS the motion.

IT IS ORDERED that *Bruschi v. Google, LLC, et al.*, Case No. 21-cv-01992-EJD, filed in this District on March 22, 2021, is transferred to *In re Google Play Store Simulated Casino-Style Games Litig.*, MDL No. 3001 (N.D. Cal.), for coordinated or consolidated pretrial proceedings.  The Clerk is directed to transfer this action to associate this action as a member case in MDL No. 3001. **The Clerk of the Court shall close the case.**

**IT IS SO ORDERED**

Dated:   July 8, 2021

_____
HON. EDWARD J. DAVILA
United States District Court Judge